**Dow Inc. (DOW)**                                                            **Todd A. Sarti**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 5/12/2025 | 208 | $31.3400 |