UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Todd A. Sarti,

                    Plaintiff(s),

v.                                                   Case No. 1:25–cv–12744–TLL–PTM
                                                     Hon. Thomas L. Ludington

Dow Inc., et al.,

                    Defendant(s),

_____


### ORDER VACATING ORDER TO SHOW CAUSE

    The Court having issued an Order to Show Cause on 9/5/2025, and the appropriate action having been taken;

    IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

    SO ORDERED.



                                         s/Thomas L. Ludington
                                         Thomas L. Ludington
                                         U.S. District Judge



### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                         By: s/K Winslow
                                             Case Manager

Dated:   September 11, 2025