**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

<table>
<tr>
<td>

TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

          v.

DOW INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE, and KAREN S. CARTER,

          Defendants.

</td>
<td>

Case No. 2:25-cv-12744-TLL-PTM

District Judge Thomas L. Ludington

Magistrate Judge Patricia T. Morris

<u>CLASS ACTION</u>

</td>
</tr>
</table>

**INDEX OF EXHIBITS IN SUPPORT OF CHARLES JOHNSON'S MOTION TO: (1) APPOINT LEAD PLAINTIFF AND (2) APPROVE LEAD <u>PLAINTIFF'S SELECTION OF COUNSEL</u>**

1

Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:   PSLRA early notice;

Exhibit 2:   Charles Johnson's PSLRA certification;

Exhibit 3:   Charles Johnson's loss chart;

Exhibit 4:   The Rosen Law Firm, P.A. firm resume; and

Exhibit 5:   Fink Bressack firm resume

Dated: October 28, 2025                  Respectfully submitted,

**FINK BRESSACK**

*/s/ Nathan J. Fink*
David H. Fink (P28235)
Nathan J. Fink (P75185)
38500 Woodward Avenue, Suite
350 Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
Email: dfink@finkbressack.com
        nfink@finkfbressack.com

*[Proposed] Local Counsel for Lead Plaintiff
and Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff
and Class*

2