# EXHIBIT 3

**Dow Inc. Loss Chart**
**Class Period: January 30, 2025 through July 23, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|----------------|
| | | | | | | | | | | | | $23.36 |
| **Charles Johnson** | 6/23/2025 | 10500 | ($26.96) | ($283,080.00) | | | | | 10500 | $245,254.93 | ($37,825.07) | |