# EXHIBIT 5



www.finkbressack.com

**David H. Fink**

38500 Woodward Ave.; Suite 350, Bloomfield Hills, Michigan 48304
(248) 971-2500   dfink@finkbressack.com

## Professional Summary

David Fink, a native Detroiter, is an experienced civil litigator, whose practice has focused on complex litigation as Mr. Fink has handled a wide range of civil lawsuits, both individual and class actions, in courts throughout the Greater Detroit area and the State of Michigan, winning important victories not only at the State and Federal trial court level, but also in the Michigan Court of Appeals, the Michigan Supreme Court and the Sixth Circuit Court of Appeals.

Mr. Fink began his legal career as an Assistant Corporation Counsel at the Law Department of the City of Detroit. In later years, in the private practice of law he again represented the City of Detroit and other municipalities, including the County of Wayne, the City of Hamtramck, the City of Wyandotte and the City of Madison Heights. His municipal representation has included trial court litigation, appellate matters, environmental enforcement, landfill siting issues, intergovernmental disputes, development agreements, contract litigation, whistleblower claims, Freedom of Information Act issues and major eminent domain projects.

In 2002, Mr. Fink left the practice of law for a brief, but unsuccessful, sojourn into elective politics, as the Democratic Candidate for United States Congress in Michigan's 9th Congressional District. Immediately after that campaign, Governor Jennifer Granholm asked him to join her Administration, where he served as Director of the Office of the State Employer from 2003 until 2005. When he left Governor Granholm's Cabinet, Mr. Fink returned to the private practice of Law, as a Senior Partner in the Miller Law Firm.

After returning to private practice, Mr. Fink remained actively involved in public and community matters. In 2006, he was appointed by the Governor to mediate a complex dispute between the Detroit Medical Center and the Wayne State University Medical School. Mr. Fink also served on the Michigan State Officers Compensation Commission for the 2013-2014 term. Mr. Fink served on the Judicial Advisory Committee, selected by Senator Carl Levin and Senator Debbie Stabenow, to assist in evaluating candidates for appointment to the Federal District Court for the Eastern District of Michigan. He has also been appointed by the Presidents of the State Bar of Michigan to multiple terms on the State Bar Judicial Qualifications Committee, a committee with the responsibility of interviewing and rating candidates under consideration for gubernatorial judicial appointments. In May 2013, the judges of the Federal District Court for the Eastern District of Michigan appointed Mr. Fink to serve as Chair of their Magistrate Judge Merit Selection Panel, which reviewed candidates for a Magistrate Judge vacancy in the Northern Division.

In January 2011, Mr. Fink and his late partner, Darryl Bressack, formed Fink Bressack.

## Experience

**Fink Bressack –** Managing Partner                                          Jan. 2011 to Present

Fink Bressack focuses on civil litigation. Mr. Fink's practice areas include: complex individual and class action litigation; governmental disputes; election law; employment disputes; securities fraud (including securities fraud class actions); consumer fraud (including consumer fraud class actions); antitrust (including antitrust class action litigation); Fair Labor Standards Act (FLSA) (including FLSA collective actions); environmental matters; insurance coverage; construction contract disputes; eminent domain (condemnation); property tax assessment challenges; probate disputes; partnership dissolution, and; shareholder oppression claims. The firm also litigates derivative claims on behalf of disaffected shareholders.

**The Miller Law Firm, PC –** Senior Partner                                  2005 to Dec 2010

Mr. Fink's primary areas of practice included commercial litigation along with individual and class actions. While at The Miller Law Firm, Mr. Fink handled consumer fraud class actions, securities fraud class actions, antitrust class actions and shareholder derivative litigation, along with a wide range of civil litigation, intergovernmental disputes, arbitration and probate court matters.

**Office of the State Employer –** Director                                    Feb 2003 to Nov 2005

As Director of the Office of the State Employer, Mr. Fink served as a member of Governor Jennifer Granholm's Cabinet. Mr. Fink served as the Governor's Chief Negotiator for all labor matters and was assigned by the Governor to special projects, including negotiation of the 21st Century Jobs Fund.

**Campaign for U.S. Congress –** Democratic Candidate                          2002

Democratic candidate for Michigan's 9th District.

**Fink, Zausmer & Kaufman, P.C. –** Managing Shareholder                        1978 to 2002

Mr. Fink and former State Senator Dan Cooper started a two-attorney firm in 1978, in association with Henry Baskin and Robert Feldstein. Eventually, that firm developed a significant litigation practice, handling a broad spectrum of cases, including environmental matters, representation of public corporations (the City of Detroit, the County of Wayne, the City of Hamtramck and others), takings through eminent domain (condemnation), insurance coverage disputes (on behalf of policyholders), auto negligence defense, construction contract disputes and many other types of commercial litigation.  Upon his departure from the firm to run for Congress, the firm was separated into two firms--Zausmer, Kaufman, August, Caldwell & Tayler, P.C. and Williams Acosta PLLC.

**City of Detroit Law Department –** Assistant Corporation Counsel      1977 to 1978

Mr. Fink's primary areas of practice included municipal law, labor law, building code enforcement, negligence defense and other types of litigation. Assignments ranged from jury trials in the Traffic and Ordinance Division of the Common Pleas Court to an appellate argument in the United States Sixth Circuit Court of Appeals.

## Education

**Harvard Law School –** J.D., *Cum Laude*      1974 to 1977

*Activities:   Harvard Legal Aid, Williston Contract Competition Award, Co-founder John Stuart Mill Society, Co-founder Men's Bake Sale for Women's Rights.*

**Harvard University –** B.A., Economics, *Magna Cum Laude*      1970 to 1974

Senior Honors Thesis--The Equity Implications of the Minimum Tax on Tax Preference Income. Activities:   Kennedy Institute of Politics – member Student Advisory Committee.

**Oak Park High School**      1967 to 1970

## Previous Professional, Philanthropic and Civic Appointments

Special mediator of dispute between Wayne State University and Detroit Medical Center – appointed by Governor Granholm; Michigan State Officers Compensation Commission – appointed by Governor Granholm; Judicial Advisory Committee – appointed by Senators Levin and Stabenow; Bloomfield Hills Recreation Commission--appointed by Bloomfield Hills Board of Education; Bloomfield Hills School District Blue Ribbon Committee on School Finance; Energy and Environmental Policy Committee of the Greater Detroit Chamber of Commerce; Detroit/Wayne County Roundtable on Sustainable Development--Board of Directors--appointed by Wayne County Executive and Mayor of City of Detroit; Southeast Michigan Council of Governments Environmental Task Force; Michigan State Legislative Ad Hoc Committee on Revitalizing Michigan's Cities--appointed by legislative leaders; Michigan State Bar Environmental Law Section Council; Michigan Association for Justice—Board of Directors; Jewish Family Services of Metropolitan Detroit—Board of Directors; Bloomfield Hills Schools Foundation President.

## Designations

"Super Lawyer" each year since 2007 — Michigan Super Lawyers Magazine

Leader in the Law 2011 — Michigan Lawyers Weekly

Inaugural Class of the Michigan Attorney Hall of Fame 2019 – Michigan Lawyers Weekly

**NATHAN J. FINK**
38500 Woodward Ave; Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500
nfink@finkbressack.com

_____

## EXPERIENCE

**Fink Bressack,** Bloomfield Hills, MI                    May 2015 to present
*Partner*
Responsible for numerous complex civil litigation matters, including: jury and bench trials; briefing and arguing of dispositive motions; mediation and arbitration of disputes; taking and defending depositions, and; supervision of document review and e-discovery. Practice areas include class actions, municipal law, governmental and intergovernmental disputes, election law, contract disputes, employment litigation, environmental litigation, partnership dissolution, shareholder oppression, securities fraud, consumer fraud, antitrust, environmental litigation, insurance coverage, construction litigation, and eminent domain.

**Zausmer, August, and Caldwell,** Farmington Hills, MI          October 2011 to May 2015
*Associate Attorney*
Primary areas of focus included insurance defense, insurance coverage, and other civil litigation. Took and defended numerous discovery and trial depositions. Regularly argued dispositive and non-dispositive motions in trial courts throughout Michigan. Prepared mediation summaries, facilitation summaries, and other litigation documents.

**Zausmer, August, and Caldwell,** Farmington Hills, MI          May 2010 to October 2011
*Summer Associate and Law Clerk*
Composed research memos on an FDIC receivership proceeding, large construction project litigation, and insurance defense issues. Drafted answers, witness lists, client letters, motions, case evaluation summaries, facilitation summaries, and other litigation documents. Reviewed and analyzed medical records and deposition transcripts.

## EDUCATION

**Wayne State University Law School,** Detroit, MI
      J.D., May 2011
      Associate Editor, *Wayne State Law Review*

**The University of Michigan,** Ann Arbor, MI
      B.A. with distinction, Political Science and Anthropology, April 2008
      Vice President, Michigan Student Assembly

## DESIGNATIONS

"Super Lawyer Rising Star" 2013-2021

Up and Coming Lawyer 2017 – Michigan Lawyers Weekly

Past President, Michigan Lawyers' Chapter of the American Constitution Society

# PHILIP DAVID WHITE MILLER

*pmiller@finkbressack.com* | 248-971-2500

---

### EXPERIENCE

**Fink Bressack PLLC**, Partner, Bloomfield Hills, MI, 2021–Present

- Litigator representing municipal entities, technology companies, financial services firms, investment advisers, venture capital funds, and individuals in securities class actions, shareholder derivative litigation, LLC and partnership disputes, and complex commercial matters.

- Skills include trial advocacy, oral argument, brief writing, law and motion practice, appellate practice, taking and defending depositions, conducting internal investigations and witness interviews, mediation and arbitration, settlement negotiation, interfacing with regulators and government enforcement attorneys, managing teams including junior attorneys, paralegals and staff, and actively listening to understand clients' needs and provide sound counsel.

**Coblentz Patch Duffy & Bass LLP,** Attorney, San Francisco, CA, 2018–2021

- Civil litigator and member of the firm's white collar defense and government enforcement practice group, representing corporate officers and directors in SEC enforcement actions and DOJ investigations, including matters in financial services, biotech and microprocessor industries.

- Trial experience in California state and federal courts, including victory in bench trial as first chair trial attorney for wine industry client; obtaining favorable verdict in six week jury trial for technology company client; and successful appeal before the Ninth Circuit Court of Appeals resulting in published opinion in Class Action Fairness Act context.

**Alston & Bird, LLP**, Attorney, Palo Alto, CA, 2014–2018

- Represented clients in matters involving corporate governance, officers' and directors' fiduciary duties, securities litigation and enforcement, mergers and acquisitions litigation, shareholder disputes, derivative actions, and internal investigations involving financial products and services.

- Matters included successfully obtaining dismissal of a shareholder class action against digital payments company; counseling merchant acquirer and global processor in investigation involving payments platform; defending a technology company in the largest ever stockholder appraisal action tried in the Delaware Court of Chancery; and counseling an online foreign currency exchange company through civil and criminal proceedings involving financial services contracts.

**Gibson, Dunn & Crutcher, LLP**, Attorney, Palo Alto, CA, summer 2010; 2011–2014

- Advised board of directors regarding fiduciary duties in considering proposed settlement of multidistrict litigation concerning issues of loss causation, class certification, and the accounting treatment of business economic loss.

- Conducted internal investigation of auto parts supplier regarding international antitrust enforcement actions and related civil litigation.

- Composed briefs in motion practice for complex shareholder derivative litigation and purported securities class action involving retail industry client.

- *Pro bono* representations of domestic violence victims and students in school disciplinary matters.

**U.S. Securities and Exchange Commission**, Summer Honors Legal Intern, Washington, DC, 2009

- In the Office of the General Counsel, performed legal research and writing for matters including appeal of enforcement proceeding concerning 1934 Securities Exchange Act, challenged provision of 1940 Investment Company Act, and appeal concerning Freedom of Information Act request.

**Owens-Illinois, Inc.**, Toledo, OH, Accounting Analyst, 2004–2006

- Organized data for payroll projects during implementation of new accounting software for S&P 500 manufacturing company. Streamlined process for updating employee records, balanced corporate payroll accounts and drafted payroll and unemployment insurance tax forms.

**University of Virginia Bioethics Center**, Charlottesville, VA, Research Assistant, 2002–2004

- Conducted research for director of bioethics program using philosophical and medical databases. Facilitated discussion, provided tutoring sessions and graded written work for courses "Justice and Health Care" and "Reproductive Ethics," both with forty students.

**EDUCATION**

**Stanford Law School**, J.D.
June 2011

- Gunther Prize for outstanding performance in Regulation of Financial Institutions

- Editor, Stanford Journal of Animal Law and Policy

**Yale University**, M.A.R. (Master of Arts in Religion), *summa cum laude*
    May 2008

   • Marquand Scholar, awarded to six students at Yale Divinity School

     for exceptional academic achievement and demonstrated leadership ability

**University of Virginia,** M.A. in Philosophy
May 2003

   • Andrew W. Mellon Foundation Fellow

**Denison University**, B.A. in Philosophy, *summa cum laude*
    May 2001

   • Phi Beta Kappa

   • Presidential Medal, conferred on six graduates for academic achievement and community service

### PROFESSIONAL AFFILIATIONS, PUBLICATIONS AND AWARDS

• Member of the Michigan and California Bars, admitted to practice before the United States District Courts for the Eastern District of Michigan, Northern and Central Districts of California and the United States Court of Appeals for the Ninth Circuit
• Author of articles "Loss Causation and Damages" in Securities Litigation: A Practitioner's Guide, 7th ed., Practising Law Institute, and "Stockholder Appraisal Actions in the Delaware Court of Chancery" in Securities Litigation: Forms and Analysis, Thomson Reuters
• Stanford Canterbury Foundation, Board member 2019-2021
• Silicon Valley Campaign for Legal Services, Amicus Committee member 2012–2017
• Alston & Bird and Gibson, Dunn & Crutcher *pro bono* service awards 2013–2016

### INTERESTS

Vegetarian cooking, reading with my son, and cheering for baseball's Kansas City Royals

## Veneshia P. Cezil

**Experienced Litigation Attorney and Public Sector Executive | Financial Operations & Strategic Leadership** Highly accomplished public sector leader with extensive experience in financial oversight, large-scale operational management, and strategic initiatives. Proven ability to lead diverse teams (550+ staff), manage multi-million-dollar budgets, and drive efficiency within government agencies. Leveraging over 16 years of legal experience to ensure compliance, mitigate risks, and navigate complex regulatory environments.

### Areas of Expertise

- Litigation
- E-Litigation, E-Discovery, & Information Governance
- Financial Management, Oversight, Budget Development & Administration
- Contract Negotiation & Approval
- Strategic Operations Management
- Public Administration
- Compliance & Risk Management
- Human Resources Management
- Policy Development & Implementation
- Legislative Relations & Testimony Preparation
- Leadership & Team Building
- Inclusive Leadership

### Experience

**Department of Justice Eastern District of Michigan US Attorney's Office** | Detroit, MI **Violent and Major Crimes Unit Assistant United States Attorney (AUSA)** | May 2025 – September 2025

- Investigating and prosecuting federal crimes: This includes a wide range of offenses like firearms trafficking, drug distribution, bank robbery, counterfeiting, postal violations, and certain types of fraud. As well as violent and major organized crimes.
- Strategic collaborations with local and federal law enforcement agencies to provide legal strategies and advice on investigations.
- Presenting cases to the grand jury: This involves presenting evidence to secure indictments.

- Cases Litigation: Litigation responsibilities include participation in various court proceedings, including detention hearings, supervised release hearings, pretrial motions, plea negotiations, sentencing, and trials.
- Legal document drafting: This includes indictments, pleadings, briefs, stipulations, and prosecution memos, and other relevant documents.

**Department of Justice Eastern District of Michigan US Attorney's Office** | Detroit, MI **e-Litigation Assistant United States Attorney (AUSA)** | February 2024 – May 2025

- Maintained responsibility for facilitating case conferences with trial AUSA(s) and their case teams by providing expertise in handling digital evidence, ensuring its integrity, and supporting its use in court to ensure compliance with the Federal Rule of Criminal Procedure 16 and Federal Rule of Civil Procedure 26.
- Delivered daily expertise in Electronic Discovery through proficiency in data collection, processing, review, and production.
- Provided ongoing facilitation of processing oversight, organization, and preservation of digital evidence, including documents, emails, and other electronic records.
- Supervised litigation technology specialists in providing seamless integration into courtroom presentations.
- Executed the introduction and implementation of discovery processing tools.  This includes creation of standard operating procedures and policies to provide consistency.  Responsible for staying abreast of emerging trends and technologies in e-litigation, providing guidance on best practices.
- Effectively bridged the gap between law and technology, while ensuring that digital evidence is consistently handled properly and used effectively in federal litigation.
- Spearheaded standard operating procedures for the preparation of digital evidence for trial that are utilized in the day-to-day workflow.

**Department of Justice Eastern District of Michigan US Attorney's Office** | Detroit, MI **Acting Administrative Officer** | November 2024 – May 2025

- Provided day-to-day supervision of the district's Budget Officer, overseeing all financial transactions for a $25 million annual budget, ensuring fiscal integrity and compliance with federal regulations.
- Supervised the Information Technology Chief in the management of all district information and technology systems and records.
- Supervised and directed the Acquisitions and Facilities team in managing procurements, contracts, and facility operations.
- Supervised the Human Resources Officer, managing all personnel matters for the district.
- Spearheaded and implemented tracking systems to track service requests and meet deadlines.

**Michigan Department of Attorney General** | Lansing, MI **Chief of Operations and Diversity, Equity & Inclusion Officer** | April 2022 – August 2023

- Supervised the Office of Fiscal Management, overseeing expenditures of over $128 million annually; assisted in the provision of testimony before the Michigan Legislature relating to budget matters and influenced resource allocation.

- Reviewed and provided final approval for all departmental Memorandums of Understanding (MOUs) and contracts, ranging from six figures to several million dollars, ensuring fiscal responsibility and compliance.

- Supervised and managed day-to-day operations of the Office of Human Resources, overseeing 550 employees; successfully advocated to the Michigan Civil Service Commission to implement step and pay increases for Assistant Attorney General classifications 16, 17, and 18, which resulted in up to 5% pay increases resulting in enhanced morale, retention, and recruitment.

- Led departmental strategic planning, recruiting, and retention efforts, implementing comprehensive diversity, equity, and inclusion initiatives for all employees.

- Modernized employee engagement and recruitment systems; increased transparency, broadened candidate pools, and developed initiatives to promote communication and collaboration across teams.

- Served as final decision-maker for internal investigations and disciplinary actions related to staff conduct; conducted disciplinary and harassment conferences/hearings, and negotiated settlement agreements on behalf of the Department.

- Managed Taint Teams on high-profile confidential investigations, guiding initial phases of litigation for relevant and non-privileged evidence.

- Managed e-discovery processes via Relativity, ensuring comprehensive oversight of review/production phases (identification, preservation, collection, processing, review, and production), and instituting appropriate conflict walls.

- Represented the Department's interests through attendance and speaking engagements at stakeholder events, community outreach, and engagement meetings.

- Served on the statewide Equity and Inclusion Officers Committee and multiple subcommittees (recruitment, MDEI-EIO Core Leadership, content management, cultural heritage month committees).

**Michigan Department of Attorney General** | Lansing, MI **Division Chief of Children and Youth Services** | April 2019 – April 2022

- Directly supervised 24 attorneys representing the Department of Health and Human Services (DHHS) in Child Abuse and Neglect proceedings.

- Oversaw case reviews, staff evaluations, and created/implemented reduction policies for DHHS.

- Conducted legislative review of proposed and existing legislation.

- Negotiated over $5 million contract with client agencies and Memoranda of Understanding (MOUs), monitoring compliance.

- Oversaw and developed training programs for new Child Protective Service Investigators, Foster Care Workers, and Adoption Specialists.

**Michigan Department of Attorney General** | Lansing, MI **Bureau Chief (Criminal Justice Bureau)** | August 2019 – October 2020

- Oversaw the Criminal Division, Health Care Fraud Division, Financial Crimes Division, and Children and Youth Services Division, serving as direct supervisor to Division Chiefs.

- Managed budgetary projections for the entire Criminal bureau; made Fiscal approvals for all Divisions, and approved posting/selection memos for the Bureau.

- Reviewed and approved all charging decisions for the criminal division.

**Michigan Department of Attorney General** | Detroit, MI **Assistant Attorney General** | November 2015 – April 2019

- Represented Department of Health and Human Services (DHHS) in over 2000 court hearings and hundreds of trials involving child abuse and neglect proceedings (homicides, sexual abuse, physical abuse, medical neglect).

- Reviewed and formatted petitions for DHHS filings in accordance with Michigan Court Rules.

- Authored appellate briefs on behalf of DHHS, successfully upheld by the Michigan Court of Appeals.

- Provided training for new Child Protective Service Investigators, Foster Care Workers, and Adoption Specialists within DHHS.

**Wayne County Prosecutor's Office** | Detroit, MI **Assistant Prosecuting Attorney III** | May 2010 – November 2015

- Prosecuted violent habitual offender cases in the General Trials Division and Sexual Assault Unit. Prosecutions included sexual assault crimes, first-degree murder, armed robbery, assault with intent to murder, bank robbery, and weapons cases.

- Litigated high-profile media cases, securing convictions in complex trials that involved double homicide and torture conviction, million-dollar jewelry heist convictions, and Criminal Sexual Conduct 1st Degree conviction.

- Authorized over 150 warrants after interviewing and advising victims, witnesses, and police officers.

- Conducted over 50 jury trials and over 40 bench trials.

- Skillful in rules of evidence, courtroom procedure, and advanced litigation skills, including expert witness handling and jury selection.

- Managed daily hearings, motions, and calendar conferences, conducting legal research and drafting briefs for pretrial/evidentiary hearings.

---

**Bar Membership**
- State Bar of Michigan, June 17, 2009
- State Bar of Illinois, November 5, 2009 (inactive)

**Education**

**Thomas M. Cooley Law School**, Lansing, Michigan Juris Doctor, September 2008

- Class Rank: Top 30% (70/227)

- Dean's List and Honor Roll

- Certificate of Merit, Recipient: Criminal Sentencing and Practice

**Oakwood University**, Huntsville, Alabama Bachelor of Arts in History and a minor in Political Science, May 2005

- Dean's List and Honor Roll

- Pre-Law Society, Vice President

- Phi Alpha Delta Law Fraternity Pre-Law Chapter, Vice President

---

## Trainings & Certifications

- e-Litigation AUSA training, March 2024

- Leveraging Technology for AUSA(s), September 2024

- National Diversity Counsel Certification, April 2023

- Best Practices on Identifying Human and Drug Trafficking, June 2023 (Presenter)

- Department of Health and Human Services Foster Care and Protective Services Legal Training (Presenter)

- Department of Health and Human Services Foster Care and Protective Services Mock Trial Training (Presenter)

---

## Speaking Engagements

- Ghana, Whole of Community Approach in Countering Narcotic Drug & Human Trafficking, Accra, Ghana, June 2023

- GEE Preparatory Graduation Commencement Address Keynote Speaker, Dearborn, MI, June 2023

- Hope Michigan Immigrant Youth Conference Keynote Speaker, Grand Rapids, MI, June 2023

- Town Hall For Social Justice, Thomas M. Cooley, University of Detroit Mercy, and Wayne State University, March 2023

- Michigan New American Voters Rally, Dearborn, MI, September 2022

- Legislative Latino Day at the State Capital, September 2022

## Adjunct Professorship

- Thomas M. Cooley Adjunct Professor, Michigan Child Abuse and Neglect, September 2023; May 2024; September 2024

# Glenn R. Gayer
ggayer@finkbressack.com

---

## PROFESSIONAL EXPERIENCE

**General Practitioner Attorney at Law Offices of Harold Gayer**            **Oak Park, MI**
1998 – 2016
Primarily practicing in the areas of Personal Bankruptcy, Consumer Law, Family Law, Real Estate Law, Contract Law and Criminal Law.

Key responsibilities and accomplishments included:
- Effectively representing a wide range of clients in both the courtroom and office settings.
- Navigating complex local and regional court systems.
- Successfully utilizing the law to further my clients' interests.
- Comforting people with serious life difficulties.

**Contract Attorney for Fink Bressack**                          **Bloomfield Hills, MI**
November 2015 – Dec  2019
Document Review for Plaintiffs in the Automotive Parts Antitrust Litigation Action in the U.S. District Court for the Eastern District of Michigan (Bearings). Document Review for Plaintiffs in Broiler Chicken Antitrust Litigation in the U.S. District Court for the Northern District of Illinois.

Key responsibilities and accomplishments have included:
- Managing time and deadlines for timely review of both Plaintiff and Defendant documents.
- Drafting and submission of weekly memos to supervisory attorneys for direct use of reviewed materials in depositions and court proceedings.
- Proficiency in the use of Relativity software for review of documents.

**Associate Attorney for Fink Bressack**                          **Bloomfield Hills, MI**
January 2020 – Present
Staff attorney with multiple responsibilities relating to complex civil litigation and class action matters.

Key responsibilities and accomplishments have included:
- Managing time and deadlines for pleadings to both state and federal courts.
- Drafting and submission of pleadings in court proceedings.
- Client and potential client interactions.

## EDUCATION:
- **Juris Doctorate, Wayne State University Law School (1996), Detroit, MI.**
- **B.A. in Political Science, The University of Michigan (1990), Ann Arbor, MI.**

# David A. Bergh

38500 Woodward Ave., Suite 350, Bloomfield Hills, MI 48304

dbergh@finkbressack.com

## EDUCATION

**UNIVERSITY OF MICHIGAN LAW SCHOOL**                                              Ann Arbor, MI

*Juris Doctor*                                                                                                             May 2019

Completed first-year curriculum at Wayne State University Law School

Activities:          Executive Online Publications Editor, *Michigan Journal of Race & Law*

                          Detroit Litigation Advocacy Workshop Participant, Winter 2018

**WAYNE STATE UNIVERSITY**                                                                          Detroit, MI

*Master of Arts*, American Legal History                                                          May 2017

**WAYNE STATE UNIVERSITY**                                                                          Detroit, MI

*Bachelor of Arts,* American History                                                             May 2012

## SELECT LEGAL EXPERIENCE

**FINK BRESSACK**                                                                              Bloomfield Hills, MI

*Associate Attorney*                                                                          March 2021-Present

- Draft complaints, answers, motions and briefs, including briefs on appeal in the Michigan Court of Appeals, Michigan Supreme Court, and Federal Court of Appeals for the Sixth Circuit; draft briefs in opposition to petitions for writs of certiorari in the United States Supreme Court.
- Significant class action experience, including involvement in district court and on appeal in *Wayside Church v. Van Buren County et al* case, involving class claims arising out retention of surplus proceeds generated by the sale of tax foreclosed properties by the counties within the Western District of Michigan.
- Second-chair trial involving successful defense of opposing party's claim to have gained title to part of client's residential property through acquiescence, resulting in adverse parties' payment of $1 million to client to settle counterclaims. Second-chair trial involving successful defense of medical doctor client against administrative complaint asserted by the Michigan Department of Licensing and Regulatory Affairs.
- Argue motions in trial court, including successfully obtaining summary disposition of claims asserted against municipal client.
- Take and defend depositions, including taking the depositions of high-ranking administrators of the University of Michigan in class case asserting claims arising out of campus closure in response to COVID.
- Draft discovery requests and draft responses to discovery requests.
- Communicate directly with clients regarding all aspects of litigation.
- Conduct legal research and draft memoranda on a wide range of legal subjects.

**HEWSON & VAN HELLEMONT, P.C.**                                                      Oak Park, MI

*Associate Attorney*                                                          October 2019-February 2021

- Draft pleadings, motions, and conduct discovery for insurance defense litigation.
- Argue motions before the Macomb County and Wayne County Circuit Courts.
- Advocate for clients at case evaluation hearings and settlement conferences.
- Communicate directly with clients regarding all aspects of litigation.
- Conduct depositions and examinations under oath.

## ADDITIONAL

**Bar License:** Licensed to practice in Michigan.

**Interests:** Spending time with my daughters, listening to my record collection, supporting Tottenham Hotspur.

# Calder Burgam

38500 Woodward Ave., Ste. 350 Bloomfield Hills, Michigan 48304

248-971-2500 • cburgam@finkbressack.com

## EDUCATION

**Wayne State University Law School**, *Detroit, MI*                                                 Class Rank: 1st
*Juris Doctor, May 2023*                                                                                          GPA: 3.96

- Law Review, *Executive Note & Comment Editor, 2022 Richard B. Gushée Superior Note Award*
- Moot Court, *Director of Outside Competitions*
  - *2022 Shapero Cup Winner (Bankruptcy Law)*
  - *2023 ABA Brooklyn Regional Finalist, Fourth Place Oralist, Second Place Brief*
  - *2023 ABA National Octofinalist, Fourth Place Brief*
- Voting Rights and Election Law Society, *President*
- National Lawyers Guild, *Co-President*
- Levin Center for Oversight and Democracy, *Youth in Government Program Volunteer*

**Kalamazoo College**, *Kalamazoo, MI*
*Bachelor of Arts in Political Science and Economics, May 2012*                               GPA: 3.71

- William G. Howard Memorial Prize recipient for excellence in the Department of Political Science
- A.M. Fink Memorial Prize for excellence in the Department of Economics
- Thesis: *Changing Poverty Measures, Changing Demographics: A State Level Comparison of the Official and Supplemental Poverty Measures*

**London School of Economics and Political Science**, *London, England*
*General Course, Department of Government, 2010-2011*

## LEGAL EXPERIENCE

**Fink Bressack**, *Bloomfield Hills, MI*                                                              *Sep. 2023-Present*
*Associate Attorney*

- Draft motions and briefs in state and federal courts
- Conduct legal research on a wide range of topics, including contract law, corporate governance, election law shareholder oppression, and state and federal constitutional matters
- Communicate with clients regarding litigation
- Review and analyze discovery production

**Legal Advocacy for People with Cancer Clinic**, *Detroit, MI*                     *Aug. 2022-Dec. 2022*
*Student Attorney, Wayne Law Clinics*                                                              *May 2023-Jul. 2023*

- Interviewed clients, conducted legal research, and prepared life planning documents
- Consistently communicated with clients, clinic supervisors, and third parties orally and through written products to achieve client-centered results

**Executive Office of the Governor**, *Lansing, MI*                                           *May 2022-Aug. 2022*
*Law Clerk, Office of Legal Counsel*

- Analyzed legislation for legal deficiencies, summarized, and reported findings in fast moving environment
- Evaluated pardon and clemency applications and made recommendations to staff

**United States Senate**, *Washington, D.C.*                                                     *May 2021-Dec. 2021*
*Law Clerk, Senate Homeland Security and Governmental Affairs Cmte,*

- Reviewed documents, prepared background information and questions for committee interviews, and participated in questioning witnesses and subject experts
- Conducted legal research and wrote memoranda used by the committee to respond to executive agencies
- Edited and fact checked *Examining the U.S. Capitol Attack: A Review of the Security, Planning, and Response Failures on January 6*