# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-12744-TLL-PTM |
| Plaintiff, | **MOTION OF MERRICK MOODY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| v. | |
| DOW INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE, and KAREN S. CARTER, | Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |
| Defendants. | |

Merrick Moody ("Moody") moves this Court for an order: (1) appointing Moody as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Moody's selection of Glancy Prongay & Murray LLP as Lead Counsel and Anthony L. DeLuca, PLC as Liaison Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Moody seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act, and the PSLRA. This motion is based on the attached memorandum of law, exhibits, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

**<u>Local Rule 7.1 Statement</u>**

Local Rule 7.1(a) requires that movants seek concurrence before filing a motion. However, due to the PSLRA's lead plaintiff procedure, Moody must file his motion for appointment by October 28, 2025 in order to be considered timely. Moreover, Moody will not know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Moody respectfully requests that the concurrence requirement of LR7.1(D) be waived.

1

Respectfully submitted,

Dated:  October 28, 2025

**ANTHONY L. DELUCA, PLC**

By:  */s/ Anthony L. DeLuca*
Anthony L. DeLuca (P-64874)
14950 East Jefferson Avenue, Suite 170
Grosse Pointe Park, MI 48230
Tel: (313) 821-5905
Fax: (313) 821-5906

*Liaison Counsel for Merrick Moody and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com

*Counsel for Merrick Moody and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

2

## CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 28, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of Michigan, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2025, at Grosse Pointe Park, Michigan.

*/s/ Anthony L. DeLuca*
Anthony L. DeLuca