# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-12744-TLL-PTM |
| Plaintiff, | **INDEX OF EXHIBITS** |
| v. | Hon. Thomas L. Ludington |
| DOW INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE, and KAREN S. CARTER, | Magistrate Judge Patricia T. Morris |
| Defendants. | |

**Exhibit A**:  Press release published August 29, 2025 on *Access Wire*, announcing the pendency of the securities class action against Defendants herein;

**Exhibit B**:  Signed PSLRA Certification of Moody;

**Exhibit C**:  Analysis of Moody's financial interest; and

**Exhibit D**:  Firm résumé of Glancy Prongay & Murray LLP.

Dated:  October 28, 2025

**ANTHONY L. DELUCA, PLC**

By:   */s/ Anthony L. DeLuca*
Anthony L. DeLuca (P-64874)
14950 East Jefferson Avenue, Suite 170
Grosse Pointe Park, MI 48230
Tel: (313) 821-5905
Fax: (313) 821-5906
anthony@aldplc.com

*Liaison Counsel for Merrick Moody and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com

*Counsel for Merrick Moody and Proposed Lead Counsel for the Class*

1

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*