# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**
**DOW INC. (DOW) SECURITIES LITIGATION**

I, Merrick Moody, certify that:

1.   I have reviewed the Complaint, adopt its allegations, and authorize its filing and the filing of a lead plaintiff motion on my behalf.

2.   I and Stephanie Moody did not purchased the Dow Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.   I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.   My and Stephanie Moody's transactions in Dow Inc. securities during the period set forth in the Complaint are as follows:

     (See attached transactions)

5.   I have not sought to serve, nor served, as a representative party on behalf of a class in any action under the federal securities laws (15 U.S. Code, Chapter 2B; and 15 U.S. Code, Chapter 2A, Subchapter I) during the last three years.

6.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

10/28/2025

_____
Date

Signed by:
*Merrick Moody*
2530146221C84C2...

_____
Merrick Moody

**Merrick Moody's Transactions in Dow Inc. (DOW)**

**Merrick Moody Account 1**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/16/2025 | Bought | 577.0000 | $27.71 |
| 5/2/2025 | Bought | 43.0000 | $30.55 |
| 5/8/2025 | Bought | 169.0000 | $29.53 |
| 5/13/2025 | Bought | 40.0000 | $30.75 |
| 5/15/2025 | Bought | 167.0000 | $29.79 |
| 5/21/2025 | Bought | 81.0000 | $29.37 |
| 6/13/2025 | Bought | 25.0840 | $30.06 |
| 7/10/2025 | Bought | 143.0000 | $30.34 |
| 7/21/2025 | Bought | 348.0000 | $28.71 |

**Merrick Moody Account 2**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/18/2025 | Bought | 2,303.0000 | $39.95 |
| 2/19/2025 | Bought | 13.0000 | $38.85 |
| 2/20/2025 | Bought | 203.0000 | $39.38 |
| 2/28/2025 | Bought | 99.0000 | $37.98 |
| 3/11/2025 | Bought | 50.0000 | $36.50 |
| 3/14/2025 | Bought | 48.0700 | $36.68 |
| 6/11/2025 | Bought | 59.0000 | $30.50 |
| 6/13/2025 | Bought | 63.2590 | $30.06 |

**Stephanie Moody Account 1 (deceased)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/18/2025 | Bought | 1,754.0000 | $39.89 |
| 3/14/2025 | Bought | 33.4710 | $36.68 |
| 6/13/2025 | Bought | 93.0000 | $30.18 |
| 6/13/2025 | Bought | 41.6310 | $30.06 |

**Stephanie Moody Account 2 (deceased)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/25/2025 | Bought | 1.0000 | $35.48 |
| 3/25/2025 | Bought | 704.0000 | $35.48 |
| 6/11/2025 | Bought | 27.0000 | $30.61 |
| 6/13/2025 | Bought | 16.4200 | $30.06 |