# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Dow Inc.
**Ticker:** DOW
**Class Period:** January 30, 2025 to July 23, 2025

**Name:** Merrick Moody

**Merrick Moody Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/16/2025 | 577.0000 | $27.71 | -$15,988.67 | | $0.00 | -$15,988.67 |
| 5/2/2025 | 43.0000 | $30.55 | -$1,313.65 | | $0.00 | -$1,313.65 |
| 5/8/2025 | 169.0000 | $29.53 | -$4,990.57 | | $0.00 | -$4,990.57 |
| 5/13/2025 | 40.0000 | $30.75 | -$1,230.00 | | $0.00 | -$1,230.00 |
| 5/15/2025 | 167.0000 | $29.79 | -$4,974.93 | | $0.00 | -$4,974.93 |
| 5/21/2025 | 81.0000 | $29.37 | -$2,378.97 | | $0.00 | -$2,378.97 |
| 6/13/2025 | 25.0840 | $30.06 | -$754.03 | | $0.00 | -$754.03 |
| 7/10/2025 | 143.0000 | $30.34 | -$4,338.62 | | $0.00 | -$4,338.62 |
| 7/21/2025 | 348.0000 | $28.71 | -$9,991.08 | | $0.00 | -$9,991.08 |

**Shares Retained:** 1,593.0840     **Subtotal:** -$45,960.52

**90-Day Average Price**     **90-Day Average:** $37,127.96
$23.31     **Total:** -$8,832.55

**Merrick Moody Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/18/2025 | 2,303.0000 | $39.95 | -$92,004.85 | | $0.00 | -$92,004.85 |
| 2/19/2025 | 13.0000 | $38.85 | -$505.05 | | $0.00 | -$505.05 |
| 2/20/2025 | 203.0000 | $39.38 | -$7,994.14 | | $0.00 | -$7,994.14 |
| 2/28/2025 | 99.0000 | $37.98 | -$3,760.02 | | $0.00 | -$3,760.02 |
| 3/11/2025 | 50.0000 | $36.50 | -$1,825.00 | | $0.00 | -$1,825.00 |
| 3/14/2025 | 48.0700 | $36.68 | -$1,763.21 | | $0.00 | -$1,763.21 |
| 6/11/2025 | 59.0000 | $30.50 | -$1,799.50 | | $0.00 | -$1,799.50 |
| 6/13/2025 | 63.2590 | $30.06 | -$1,901.57 | | $0.00 | -$1,901.57 |

**Shares Retained:** 2,838.3290     **Subtotal:** -$111,553.33

**90-Day Average Price**     **90-Day Average:** $66,149.28
$23.31     **Total:** -$45,404.05

Financial Interest Analysis

**Stephanie Moody Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/18/2025 | 1,754.0000 | $39.89 | -$69,967.06 | | $0.00 | -$69,967.06 |
| 3/14/2025 | 33.4710 | $36.68 | -$1,227.72 | | $0.00 | -$1,227.72 |
| 6/13/2025 | 93.0000 | $30.18 | -$2,806.74 | | $0.00 | -$2,806.74 |
| 6/13/2025 | 41.6310 | $30.06 | -$1,251.43 | | $0.00 | -$1,251.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,922.1020** | | | | **Subtotal:** | **-$75,252.94** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $44,795.96 |
| | | | $23.31 | | **Total:** | **-$30,456.98** |

**Stephanie Moody Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/25/2025 | 1.0000 | $35.48 | -$35.48 | | $0.00 | -$35.48 |
| 3/25/2025 | 704.0000 | $35.48 | -$24,977.92 | | $0.00 | -$24,977.92 |
| 6/11/2025 | 27.0000 | $30.61 | -$826.47 | | $0.00 | -$826.47 |
| 6/13/2025 | 16.4200 | $30.06 | -$493.59 | | $0.00 | -$493.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **748.4200** | | | | **Subtotal:** | **-$26,333.46** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $17,442.46 |
| | | | $23.31 | | **Total:** | **-$8,890.99** |

| | |
|---|---|
| **Combined Total:** | **-$93,584.58** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between July 24, 2025 and October 21, 2025.