**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>DOW INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE, and KAREN S. CARTER,<br><br>    Defendants. | Case No.: 1:25-cv-12744-TLL-PTM<br><br>Hon. Thomas L. Ludington<br>Mag. Judge Patricia T. Morris |

**INDEX OF EXHIBITS IN SUPPORT OF NORTON PETROVICH'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**Exhibit A**:  PSLRA Certification signed by Norton Petrovich ("Movant") attesting to his transactions of Dow Inc. and The Dow Chemical Company ("TDCC" and, together with Dow Inc., "Dow" or the "Company") securities;

**Exhibit B**:  Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Dow securities;

**Exhibit C**:  Press Release published August 30, 2025, on *ACCESS Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Sarti v. Dow Inc., et. al.,* Case No. 1:25-cv-12744-

TLL-PTM;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm Résumés of proposed Lead Counsel Levi & Korsinsky, LLP and of proposed Liaison Counsel Shea Law, PLLC for the Class.

**Exhibit F**:   Proposed Order Granting Motion of Norton Petrovich for Appointment as Lead Plaintiff and Approval of Selection of Counsel

Dated: October 28, 2025                    Respectfully Submitted,

                                           **SHEA LAW, PLLC**

                                           /s/ David J. Shea
                                           David J. Shea (P41399)
                                           Ashley D. Shea (P82471)
                                           26100 American Drive, 2nd Floor
                                           Southfield, MI 48034
                                           (248) 354-0224
                                           david.shea@shealaw.com
                                           ashley.shea@shealaw.com

                                           *Liaison Counsel for Norton Petrovich and [Proposed] Liaison Counsel for the Class*

                                           **LEVI & KORSINSKY, LLP**
                                           Adam M. Apton
                                           33 Whitehall Street, 27th Floor
                                           New York, NY 10004
                                           Tel: (212) 363-7500
                                           Fax: (212) 363-7171
                                           Email: aapton@zlk.com

                                           *Lead Counsel for Norton Petrovich and [Proposed] Lead Counsel for the Class*

2