# EXHIBIT A

## Certification of Plaintiff Pursuant to Federal Securities Laws

I, Norton (Nort) Petrovich, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Dow Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date: 09302025

Name: Norton (Nort) Petrovich

Signature:

| Case Name | Dow Inc. |
|---|---|
| Ticker | DOW |
| Class Period | 01-30-2025 to 07-23-2025 |

**Client Name**

Norton Petrovich

**Common Stock**

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Share |
|---|---|---|---|---|
| 02-19-2025 | P | 4500 | 260557103 | $ 39.2300 |

**Options**

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Contract |
|---|---|---|---|---|
| 02-19-2025 | SO | -45 | DOW Mar 21 '25 $37.50 Call | 2.05 |
| 02-26-2025 | BC | 45 | DOW Mar 21 '25 $37.50 Call | 1.8 |
| 05-29-2025 | BO | 45 | DOW Jun 20 '25 $30 Call | 0.47 |
| 05-29-2025 | SC | -45 | DOW Jun 20 '25 $30 Call | 0.4 |
| 05-29-2025 | SO | -45 | DOW Jun 20 '25 $30 Call | 0.35 |
| 05-30-2025 | BC | 45 | DOW Jun 20 '25 $30 Call | 0.3 |
| 05-30-2025 | SO | -45 | DOW Jun 20 '25 $29.50 Call | 0.39 |
| 06-20-2025 | BC | 45 | DOW Jun 20 '25 $29.50 Call | 0.02 |
| 07-01-2025 | SO | -45 | DOW Jul 11 '25 $29.50 Call | 0.24 |
| 07-10-2025 | BC | 45 | DOW Jul 11 '25 $29.50 Call | 1.21 |
| 07-10-2025 | SO | -45 | DOW Jul 25 '25 $30.50 Call | 1.51 |
| 07-14-2025 | BC | 45 | DOW Jul 25 '25 $30.50 Call | 0.8 |
| 07-16-2025 | SO | -45 | DOW Jul 25 '25 $29.50 Call | 0.63 |
| 07-23-2025 | BC | 45 | DOW Jul 25 '25 $29.50 Call | 1.86 |
| 07-23-2025 | SO | -45 | DOW Sep 19 '25 $30 Call | 2.48 |