# EXHIBIT B

| Client Name | Norton Petrovich |
| --- | --- |
| Company Name | Dow Inc. |
| Ticker Symbol | DOW |
| Security Type | |
| Class Period Start | 01-30-2025 |
| Class Period End | 07-23-2025 |
| 90-DAY Lookback Period Start | 07-24-2025 |
| 90-DAY Lookback Period End | 10-21-2025 |
| 90-DAY Lookback Average | $ 23.38 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $71,346.75 |
| DURA LIFO* Total | $71,346.75 |
| Gross Shares Purchased | 4,500 |
| Net Shares Retained | 4,500 |
| Net Funds Expended | $176,535.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-19-2025 | 4500 | 39.23 | $ 176,535.00 | | | | | | - | 4500 | 4500 | $ 23.38 | $ 105,188.25 | $ 71,346.75 | $ 71,346.75 |
| **Total:** | **4,500** | | **$176,535.00** | | | | | | | **4,500** | **4,500** | | **$105,188.25** | **$71,346.75** | **$71,346.75** |

| SUMMARY OF FINANCIAL INTEREST - Common Stock + Options | |
| --- | --- |
| LIFO Loss Total | $64,641.75 |
| DURA LIFO* Total | $54,426.75 |
| Gross Shares Purchased | 4,500 |
| Net Shares Retained | 4,500 |
| Net Funds Expended | $169,380.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Norton Petrovich**
**Transactions in Dow Inc. (DOW)**
**Class Period: 01-30-2025 to 07-23-2025, inclusive**

Buy B), Sell S), Sell to Open SO), Buy to Open BO), Sell to Close SC), Buy to Close BC)

| | LIFO Losses/(Gain) Options | ($6,705.00) |
|---|---|---|
| | *Dura* LIFO Losses/(Gain)* Options | ($16,920.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/19/2025 | SO | -45 | DOW Mar 21 '25 $37.50 Call | 2.05 | ($9,225.00) |
| 2/26/2025 | BC | 45 | DOW Mar 21 '25 $37.50 Call | 1.8 | $8,100.00 |
| 5/29/2025 | BO | 45 | DOW Jun 20 '25 $30 Call | 0.47 | $2,115.00 |
| 5/29/2025 | SC | -45 | DOW Jun 20 '25 $30 Call | 0.4 | ($1,800.00) |
| 5/29/2025 | SO | -45 | DOW Jun 20 '25 $30 Call | 0.35 | ($1,575.00) |
| 5/30/2025 | BC | 45 | DOW Jun 20 '25 $30 Call | 0.3 | $1,350.00 |
| 5/30/2025 | SO | -45 | DOW Jun 20 '25 $29.50 Call | 0.39 | ($1,755.00) |
| 6/20/2025 | BC | 45 | DOW Jun 20 '25 $29.50 Call | 0.02 | $90.00 |
| 7/1/2025 | SO | -45 | DOW Jul 11 '25 $29.50 Call | 0.24 | ($1,080.00) |
| 7/10/2025 | BC | 45 | DOW Jul 11 '25 $29.50 Call | 1.21 | $5,445.00 |
| 7/10/2025 | SO | -45 | DOW Jul 25 '25 $30.50 Call | 1.51 | ($6,795.00) |
| 7/14/2025 | BC | 45 | DOW Jul 25 '25 $30.50 Call | 0.8 | $3,600.00 |
| 7/16/2025 | SO | -45 | DOW Jul 25 '25 $29.50 Call | 0.63 | ($2,835.00) |
| 7/23/2025 | BC | 45 | DOW Jul 25 '25 $29.50 Call | 1.86 | $8,370.00 |
| 7/23/2025 | SO | -45 | DOW Sep 19 '25 $30 Call | 2.48 | ($11,160.00) |
| 8/8/2025 | BC | 45 | DOW Sep 19 '25 $30 Call | 0.1 | $450.00 |