**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

|  |  |
|---|---|
| TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>DOW INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE, and KAREN S. CARTER,<br><br>Defendants. | Civ. No.: 1:25-cv-12744-TLL-PTM<br><br>District Judge Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris<br><br>Class Action<br><br>**APPENDIX OF EXHIBITS** |

| **EXHIBITS** | **DESCRIPTION** |
|---|---|
| A | Chart setting forth Oscar Bryan Denham's financial interest in this litigation; |
| B | Shareholder Certification executed by Oscar Bryan Denham; |
| C | Press release published via *ACCESS Newswire* on August 29, 2025, announcing the pendency of the above-captioned action; |
| D | Declaration executed by Oscar Bryan Denham; and |
| E | Firm resume of Pomerantz LLP. |

1