# EXHIBIT A

**Dow Inc. (DOW)**
**Class Period: January 30, 2025 to July 23, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Funds Expended | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $23.3057 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | | |
| Oscar Bryan Denham, Acct 1 | | 1,290 | | ($39,745) | | (25) | | $585 | ($39,745) | 1,290 | 1,265 | $29,482 | ($9,678) |
| Oscar Bryan Denham, Acct 2 | | 11,915 | | ($357,033) | | (5,414) | | $173,899 | ($183,134) | 6,501 | 6,501 | $151,510 | ($31,624) |
| Oscar Bryan Denham, Acct 3 | | 2,221 | | ($64,970) | | 0 | | $0 | ($64,970) | 2,221 | 2,221 | $51,771 | ($13,199) |
| **Oscar Bryan Denham** | | **15,426** | | **($461,749)** | | **(5,439)** | | **$174,485** | **($287,849)** | **10,012** | **9,987** | **$232,763** | **($54,501)** |
| **Account 1** | | | | | | | | | | | | | |
| Oscar Bryan Denham | 2/7/2025 | 257 | $38.9100 | ($10,000) | 10/15/2025 | (25) | $23.4083 | $585 | | | | | |
| Oscar Bryan Denham | 3/17/2025 | 4 | $37.2400 | ($149) | | | | | | | | | |
| Oscar Bryan Denham | 3/19/2025 | 11 | $37.3575 | ($411) | | | | | | | | | |
| Oscar Bryan Denham | 3/31/2025 | 1 | $34.1963 | ($34) | | | | | | | | | |
| Oscar Bryan Denham | 3/31/2025 | 14 | $34.1656 | ($478) | | | | | | | | | |
| Oscar Bryan Denham | 5/22/2025 | 973 | $28.5422 | ($27,772) | | | | | | | | | |
| Oscar Bryan Denham | 6/16/2025 | 1 | $30.0700 | ($30) | | | | | | | | | |
| Oscar Bryan Denham | 6/16/2025 | 29 | $30.0479 | ($871) | | | | | | | | | |
| **Oscar Bryan Denham** | | **1,290** | | **($39,745)** | | **(25)** | | **$585** | **($39,745)** | **1,290** | **1,265** | **$29,482** | **($9,678)** |
| **Account 2** | | | | | | | | | | | | | |
| Oscar Bryan Denham | 2/12/2025 | 525 | $38.2959 | ($20,105) | 5/12/2025 | (5,414) | $32.1203 | $173,899 | | | | | |
| Oscar Bryan Denham | 3/11/2025 | 11 | $37.5600 | ($413) | | | | | | | | | |
| Oscar Bryan Denham | 3/12/2025 | 5 | $35.9900 | ($180) | | | | | | | | | |
| Oscar Bryan Denham | 3/17/2025 | 13 | $37.3640 | ($486) | | | | | | | | | |
| Oscar Bryan Denham | 3/19/2025 | 564 | $37.3550 | ($21,068) | | | | | | | | | |
| Oscar Bryan Denham | 3/19/2025 | 790 | $37.3585 | ($29,513) | | | | | | | | | |
| Oscar Bryan Denham | 4/3/2025 | 11 | $32.5180 | ($358) | | | | | | | | | |
| Oscar Bryan Denham | 4/10/2025 | 1,067 | $28.0000 | ($29,876) | | | | | | | | | |
| Oscar Bryan Denham | 5/6/2025 | 2,428 | $28.8100 | ($69,951) | | | | | | | | | |
| Oscar Bryan Denham | 5/22/2025 | 6,501 | $28.4700 | ($185,083) | | | | | | | | | |
| **Oscar Bryan Denham** | | **11,915** | | **($357,033)** | | **(5,414)** | | **$173,899** | **($183,134)** | **6,501** | **6,501** | **$151,510** | **($31,624)** |
| **Account 3** | | | | | | | | | | | | | |
| Oscar Bryan Denham | 3/11/2025 | 25 | $36.9200 | ($923) | | | | | | | | | |
| Oscar Bryan Denham | 3/14/2025 | 31 | $37.0200 | ($1,148) | | | | | | | | | |
| Oscar Bryan Denham | 3/14/2025 | 1 | $37.0200 | ($22) | | | | | | | | | |
| Oscar Bryan Denham | 4/3/2025 | 15 | $32.5700 | ($489) | | | | | | | | | |
| Oscar Bryan Denham | 4/3/2025 | 0 | $32.5700 | ($11) | | | | | | | | | |
| Oscar Bryan Denham | 5/6/2025 | 1,702 | $28.9700 | ($49,307) | | | | | | | | | |

*Avg Closing Prices from July 24, 2025 to October 21, 2025

**Dow Inc. (DOW)**
**Class Period: January 30, 2025 to July 23, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Funds Expended | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $23.3057 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oscar Bryan Denham | 5/6/2025 | 300 | $28.9800 | ($8,694) | | | | | | | | | |
| Oscar Bryan Denham | 5/6/2025 | 1 | $28.9700 | ($22) | | | | | | | | | |
| Oscar Bryan Denham | 5/22/2025 | 25 | $28.4900 | ($712) | | | | | | | | | |
| Oscar Bryan Denham | 5/22/2025 | 1 | $28.4800 | ($17) | | | | | | | | | |
| Oscar Bryan Denham | 6/16/2025 | 103 | $30.1600 | ($3,106) | | | | | | | | | |
| Oscar Bryan Denham | 6/16/2025 | 1 | $30.1600 | ($29) | | | | | | | | | |
| Oscar Bryan Denham | 7/14/2025 | 17 | $28.6000 | ($486) | | | | | | | | | |
| Oscar Bryan Denham | 7/14/2025 | 0 | $28.6000 | ($3) | | | | | | | | | |
| **Oscar Bryan Denham** | | **2,221** | | **($64,970)** | | **0** | | **$0** | **($64,970)** | **2,221** | **2,221** | **$51,771** | **($13,199)** |

*Avg Closing Prices from July 24, 2025 to October 21, 2025