EXHIBIT A

# Pomerantz Law Firm Announces The Filing of a Class Action Against Dow Inc. And Certain Officers - DOW

**A** accessnewswire.com/newsroom/en/business-and-professional-services/pomerantz-law-firm-announces-the-filing-of-a-class-action-agains-1067151

Pomerantz LLP



Friday, 29 August 2025 05:00 PM

Topic:

**Class Action**

---

**NEW YORK CITY, NY / [ACCESS Newswire](#) / August 29, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against Dow Inc. ("Dow" or the "Company") (NYSE:DOW) and certain officers.  The class action, filed in the United States District Court for the Eastern District of Michigan, Northern Division, and docketed under 25-cv-12744, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Dow securities between January 30, 2025 and July 23, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Dow securities during the Class Period, you have until October 28, 2025, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at [www.pomerantzlaw.com](#).   To discuss this action, contact Danielle Peyton at [newaction@pomlaw.com](#) or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Dow is an American materials science company, serving customers in the packaging, infrastructure, mobility, and consumer applications industries. Dow conducts its worldwide operations through six global businesses organized into three operating segments: (i) Packaging & Specialty Plastics, (ii) Industrial Intermediates & Infrastructure, and (iii) Performance Materials & Coatings.

Historically, Dow has touted its "industry-leading dividend," which is of particular importance to investors. On conference calls with investors and analysts, Dow's Chief Executive Officer, Defendant Jim Fitterling ("Fitterling"), has variously stated that the Company's "dividend is a key element of our investment thesis," and that "north of 65% of our owners count on that dividend."

Notwithstanding an ongoing slump in the materials science industry, as well as the recent onset of tariff-related market uncertainties, at all relevant times, Defendants represented that Dow was well positioned to weather macroeconomic and tariff-related headwinds while maintaining sufficient levels of financial flexibility to support the Company's lucrative dividend. Specifically, Defendants cited various purported strengths and advantages unique to Dow in its industry, including, *inter alia*, the Company's purported "differentiated portfolio," "cost-advantaged footprint," and "industry-leading flexibility to navigate global trade dynamics."

Throughout the Class Period, Defendants made materially false and misleading statements regarding Dow's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Dow's ability to mitigate macroeconomic and tariff-related headwinds, as well as to maintain the financial flexibility needed to support its lucrative dividend, was overstated; (ii) the true scope and severity of the foregoing headwinds' negative impacts on Dow's business and financial condition was understated, particularly with respect to competitive and pricing pressures, softening global sales and demand for the Company's products, and an oversupply of products in the Company's global markets; and (iii) as a result, Defendants' public statements were materially false and misleading at all relevant times.

On June 23, 2025, BMO Capital downgraded its recommendation on Dow to "Underperform" from "Market Perform" while also cutting its price target on the Company's stock to $22.00 per share from $29.00 per share, citing sustained weakness across key end markets and mounting pressure on the Company's dividend.

On this news, Dow's stock price fell $0.89 per share, or 3.21%, to close at $26.87 per share on June 23, 2025.

Then, on July 24, 2025, Dow issued a press release reporting its financial results for the second quarter of 2025. Therein, Dow reported a non-GAAP loss per share of $0.42, significantly larger than the approximate $0.17 to $0.18 per share loss expected by analysts. Dow also reported net sales of $10.1 billion, representing a 7.3% year-over-year decline and missing consensus estimates by $130 million, "reflecting declines in all operating segments." The Company further reported, *inter alia*, that "sequentially, net sales were down 3%, as seasonally higher demand in Performance Materials & Coatings was more than offset by declines across the other operating segments." Defendant Fitterling blamed these disappointing results on "the lower-for-longer earnings environment that our industry is facing, amplified by recent trade and tariff uncertainties," while providing a dour outlook marked by "signs of oversupply from newer market entrants who are exporting to various regions at anti-competitive economics."

In a separate press release issued the same day, Dow revealed that it was cutting its dividend in half, from $0.70 per share to only $0.35 per share, citing the need for "financial flexibility amidst a persistently challenging macroeconomic environment."

Following these disclosures, Dow's stock price fell $5.30 per share, or 17.45%, to close at $25.07 per share on July 24, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP