# EXHIBIT C

Movant's Purchases and Losses

Class Period: 01/30/2025 - 07/23/2025

Dow Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-----------------|-------|----------------|--------------------|
| Lin, Curtis | 03/03/2025 | 10,460 | $36.70 | $383,882.00 | held | 12,907 | $23.31 | $300,806.85 | |
| | 03/03/2025 | 1,670 | $36.71 | $61,305.70 | | | | | |
| | 03/03/2025 | 640 | $37.13 | $23,763.20 | | | | | |
| | 03/25/2025 | 137 | $35.65 | $4,884.05 | | | | | |
| **Movant's Total** | | **12,907** | | **$473,834.95** | | **12,907** | | **$300,806.85** | **($173,028.10)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $23.31 as of October 21, 2025 for common stock.

Prices listed are rounded up to two decimal places.