IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 1:25-cv-12744 |
| | ) | |
| Plaintiff, | ) ) | CLASS ACTION |
| | ) | |
| | ) | Honorable Thomas L. Ludington |
| v. | ) | District Judge |
| | ) | |
| DOW INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE, AND KAREN S. CARTER, | ) ) ) | Honorable Patricia T. Morris Magistrate Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

**INDEX OF EXHIBITS TO BRIEF IN SUPPORT OF
LEAD PLAINTIFF'S MOTION TO STAY ACTION**

Exhibit A    *Jones v. Dow Chem. Co.*, No. 23-cv-11814 (E.D. Mich.), Order Staying Cases filed July 30, 2025 (ECF No. 176).

Exhibit B    *Sarti v. Dow Inc., et al.*, C.A. No. 25-cv-12744 (E.D. Mich.), Stipulation Regarding the Filing or Designation of the Operative Complaint and the Responses Thereto (ECF No. 19), so ordered on November 19, 2025.

Exhibit C    February 3, 2026 Email from Lyle Roberts at AO Shearman to Lead Counsel.

Exhibit D    *In re Sushma Jones*, No. 25-1486 (6th Cir.), Order reserving ruling on mandamus petition, filed December 17, 2025.

Exhibit E    *Jones v. Dow Chem. Co.*, No. 23-cv-11814 (E.D. Mich.), Opinion and Order Denying Plaintiff's Motion for Recusal

Exhibit F    *In re Sushma Jones*, No. 25-1486 (6th Cir.), Petitioner's Reply to December 17, 2025 Order/District Court's January 5, 2026 Order, filed January 27, 2026.

Exhibit G    *Johnson on behalf of X.M. v. Russell*, 2024 WL 4728904 (E.D. Mich. Oct. 7, 2024) (Ludington, J.).

Exhibit H    *Arkona, LLC v. County of Cheboygan*, 2021 WL 2381892 (E.D. Mich. June 10, 2021) (Ludington, J.).

Exhibit I    *Kanuszewski v. Mich. Dept. of Health & Human Srvs.*, 2019 WL 1002489 (E.D. Mich. Mar. 1, 2019) (Ludington, J.).

Exhibit J    *Ricketts v. Consumers Energy Co.*, 2017 WL 2351731 (E.D. Mich. May 31, 2017) (Ludington, J.).