# EXHIBIT C

**Subject:**                      RE: Dow Securities Class Action

---

**From:** Roberts, Lyle <Lyle.Roberts@aoshearman.com>
**Sent:** Tuesday, February 3, 2026 12:07 PM
**To:** Danielle Myers <DaniM@rgrdlaw.com>; Michael Albert <MAlbert@rgrdlaw.com>; Juan Carlos Sanchez <JSanchez@rgrdlaw.com>; Ken Dolitsky <KDolitsky@rgrdlaw.com>
**Cc:** Tosch Hoggatt, Mallory <Mallory.ToschHoggatt@aoshearman.com>; Anhang, George <George.Anhang@aoshearman.com>; McGovern, Adam <Adam.McGovern@aoshearman.com>
**Subject:** Dow Securities Class Action

EXTERNAL SENDER
All –

Hope all is well and congratulations on your appointment as lead counsel in the Dow case.  Per an earlier order from the court, the parties have until the end of next week (Friday, Feb. 13) to provide the court with a schedule for any amended complaint and motion to dismiss briefing.

Presuming you plan to file an amended complaint, we would propose the following schedule, which is roughly 60 days (amended complaint), 60 days (mtd), 60 days (opposition), and 45 days (reply).

- *Amended Complaint*: Tuesday, **March 31**
- *Motion to Dismiss*: Tuesday, **June 01** (avoiding weekend and Monday deadline)
- *Opposition*: Friday, **July 31**
- *Reply*: Tuesday, **September 14**  (avoiding Monday deadline).

Please let us know if that works for you or if you would like to discuss.

Best regards,

Lyle

**Lyle Roberts**
Partner | Co-Head of US Securities and Shareholder Litigation

**A&O Shearman**
1101 New York Ave NW | Washington, DC | 20005
D +1.202.508.8108 | M +1.202.578.3858
aoshearman.com

---

This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

Allen Overy Shearman Sterling US LLP
1101 New York Avenue, NW

Washington, D.C. 20005
Tel: +1 202 683 3800
Fax: +1 202 683 3999
aoshearman.com

Allen Overy Shearman Sterling US LLP is a limited liability partnership organised under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
For further information about how Allen Overy Shearman Sterling US LLP is regulated, please see our website at aoshearman.com/en-gb/global/legal-notices.

Our privacy policy is available at aoshearman.com/en-gb/global/legal-notices/privacy-policy