# EXHIBIT F

No. 25-1486

_____

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**In re: SUSHMA JONES,**

**Petitioner.**

---

## PETITIONER'S REPLY TO DECEMBER 17, 2025 ORDER/DISTRICT COURT'S JANUARY 5, 2026 ORDER

Dated: January 27, 2026      CARLA D. AIKENS, P.L.C.

Carla D. Aikens (P69530)
615 Griswold Street, Ste. 709
Detroit, MI 48226
carla@aikenslawfirm.com
*Attorneys for Petitioner*

1. On December 17, 2025, this Court reserved ruling on the Petition for Writ of Mandamus and directed the district court to rule on the pending motion to recuse. The Court further stated that, if the district court finds its disposition of the motion to recuse does not fully address the mandamus petition, it is invited to file a response within twenty-one (21) days of that disposition. The Court also provided that, "Upon receipt of any response or expiration of the time to respond, this matter shall be resubmitted to the court."

2. On January 5, 2026, the district court entered its Opinion and Order denying Plaintiff's Motion for Recusal/Disqualification. (E.D. Mich. No. 1:23-cv-11814, ECF No. 180.)

3. The twenty-one (21) day period referenced in this Court's December 17, 2025 Order ran from January 5, 2026 and expired on January 26, 2026.

4. Petitioner respectfully files this reply to request that the Court proceed consistent with its December 17, 2025 Order and resubmit the petition for decision.

5. For avoidance of doubt, Petitioner maintains that the district court's January 5, 2026 Order does not fully address the issues and relief presented in the mandamus petition, including (at minimum) the affidavit-based disqualification issues under 28 U.S.C. § 144 and the appearance-of-impartiality grounds under 28 U.S.C. § 455(a).

6. This reply is filed to address the procedural posture only and is not intended to re-brief the petition absent further direction from the Court.

Dated: January 27, 2026        Respectfully Submitted by:


*/s/ Carla D. Aikens*
Carla D. Aikens (P69530)
CARLA D. AIKENS, P.L.C.
Attorney for Plaintiff
615 Griswold St., Ste. 709
Detroit, MI 48226
(844) 835-2993
carla@aikenslawfirm.com


## CERTIFICATE OF SERVICE


The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein through the electronic filing system on January 27, 2026 by:

*/s/ Carla D. Aikens*