# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

|  |  |
|---|---|
| TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>DOW, INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE and KAREN S. CARTER,<br><br>          Defendants. | C.A. No. 25-cv-12744-TLL-PTM<br><br>District Judge Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

## INDEX OF EXHIBITS TO DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION TO STAY ACTION

Exhibit A   [Proposed] Order Granting Stipulated Briefing Schedule

Exhibit B   *Jones v. Dow Chem. Co.*, No. 23-cv-11814, ECF No. 143 (E.D. Mich. May 8, 2025), Plaintiff's Motion for Recusal.

Exhibit C   *Jones v. Dow Chem. Co.*, No. 23-cv-11814, ECF No. 151 (E.D. Mich. May 27, 2025), Plaintiff's Reply in Support of Motion for Recusal.

Exhibit D   *Jones v. Dow Chem. Co.*, No. 23-cv-11814, ECF No. 164 (E.D. Mich. June 30, 2025), Opinion and Order Vacating Scheduling Orders and Denying Motions to Adjourn or Extend Scheduling Orders as Moot.

Exhibit E   *In re Sushma Jones*, No. 25-1486 (6th Cir. May 29, 2025), Petition for Writ of Mandamus to the United States District Court for the Eastern District of Michigan, Northern Division.