# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| TODD A. SARTI, Individually and on Behalf of All Others Similarly Situated, | C.A. No. 25-cv-12744-TLL-PTM |
| Plaintiff, | District Judge Thomas L. Ludington |
| v. | Magistrate Judge Patricia T. Morris |
| DOW, INC., THE DOW CHEMICAL COMPANY, JIM FITTERLING, JEFFREY L. TATE and KAREN S. CARTER, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING STIPULATED BRIEFING SCHEDULE

Lead Plaintiff and Defendants have agreed that they shall adhere to the following schedule in the event the Court denies Lead Plaintiff's Motion to Stay Action: (1) Lead Plaintiff's amended complaint shall be due on March 31, 2026; (2) Defendants' motion to dismiss the amended complaint shall be due on June 1, 2026; (3) Lead Plaintiff's opposition to the motion shall be due on July 31, 2026; and (4) Defendants' reply in support of their motion shall be due on September 14, 2026. Having denied Lead Plaintiff's Motion by separate Order, and good cause appearing,

The Parties' agreed-upon schedule is **SO ORDERED**.

Dated: _____, 2026

1

Thomas L. Ludington
U.S. District Judge