# EXHIBIT 1



**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

---

## Press Release: February 23, 2026

## U.S. District Judge Thomas L. Ludington
## Takes Voluntary Leave

The United States District Court for the Eastern District of Michigan is aware of recent news stories involving United States District Judge Thomas L. Ludington. Since the Court became aware of the charges, it has taken all appropriate steps to address the matter consistent with its obligations to the public, the federal judiciary, and of course, to Judge Ludington. Today, Judge Ludington has volunteered to take a leave of absence from the Court pending resolution of the state legal matter. The Court recognizes the seriousness of this matter. The law accords to every citizen the presumption of innocence, due process, and many other rights. It will govern this matter as it does any other in our judicial system. We value Judge Ludington as a colleague and friend. The Court will not comment further while the matter is pending.

*********************