# EXHIBIT 2

To order copies of any documents listed below, contact Court Express
courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

## This docket is current through 03/03/2026

Today's Date: 3/6/2026
Source: U.S. District Court, Eastern District of Michigan (Bay City)

| | |
|---|---|
| **Court:** | U.S. District Court, Eastern District of Michigan (Bay City) |
| **Case Title:** | Archbold v. The Dow Chemical Company |
| **Case:** | 1:25-CV-12134 |
| **Judge:** | District Judge Thomas L. Ludington |
| **Date Filed:** | 07/14/2025 |
| **Case Status:** | DQ, STAYED |

## SYNOPSIS INFORMATION

| | |
|---|---|
| **Allegations:** | Defendant discriminated against Plaintiff employee on account of her disability, retaliated and wrongfully terminated the Plaintiff from the employment. |
| **Damages:** | Compensatory and punitive damages, declaratory relief, interest, fees and costs. |
| **COMPLAINT (MANUALLY RETRIEVED)** | Original Image of this Document (PDF) |

## CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 1:25CV12134 |
| **Referred To:** | Magistrate Judge Patricia T. Morris |
| **Jury Demand:** | Both |
| **Demand:** | $75,000 |
| **Nature of Suit:** | Civil Rights: Employment (442) |
| **Key Nature of Suit:** | Civil Rights; Employment (110.25) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 42 USC 2000e Job Discrimination (Employment) |

## PARTICIPANT INFORMATION

### Britteny Archbold

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Carla D. Aikens |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Carla D. Aikens, P.C. |
| **Firm Address:** | 615 Griswold Street |
| | Suite 709 |
| | Detroit, MI 48226 |
| **Firm Phone:** | 844-835-2993 |
| **Firm Fax:** | 877-454-1680 |
| **Email Address:** | carla@aikenslawfirm.com |

### The Dow Chemical Company

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Amanda M. Fielder |

WESTLAW © 2026 Thomson Reuters. No claim to original U.S. Government Works.

| | | |
|---|---|---|
| Status: | | ATTORNEY TO BE NOTICED |
| Firm Name: | | Warner Norcross + Judd LLP |
| Firm Address: | | 150 Ottawa Ave. NW |
| | | 1500 Warner Building |
| | | Grand Rapids, MI 49503-2487 |
| Firm Phone: | | 616-752-2404 |
| Firm Fax: | | 616-222-2404 |
| Email Address: | | afielder@wnj.com |
| Attorney: | | Edward J. Bardelli |
| Status: | | ATTORNEY TO BE NOTICED |
| Firm Name: | | Warner Norcross + Judd LLP |
| Firm Address: | | 150 Ottawa Ave. NW |
| | | 1500 Warner Building |
| | | Grand Rapids, MI 49503 |
| Firm Phone: | | 616-752-2000 |
| Firm Fax: | | 616-222-2165 |
| Email Address: | | ebardelli@wnj.com |
| Attorney: | | Janelle Shankin |
| Status: | | ATTORNEY TO BE NOTICED |
| Firm Name: | | Warner Norcross & Judd |
| Firm Address: | | 150 Ottawa Ave |
| | | Ste 1500 |
| | | Grand Rapids, MI 49503 |
| Firm Phone: | | 616-752-2743 |
| Email Address: | | jshankin@wnj.com |

## DOCKET PROCEEDINGS (9)

| Entry #: | Date: | Description: | |
|---|---|---|---|
| 7 | 10/14/2025 | NOTICE of Appearance by Janelle Shankin on behalf of The Dow Chemical Company. (Shankin, Janelle) (Entered: 10/14/2025) | View · Add to request |
| 6 | 10/14/2025 | NOTICE of Appearance by Amanda M. Fielder on behalf of The Dow Chemical Company. (Fielder, Amanda) (Entered: 10/14/2025) | View · Add to request |
| | 10/14/2025 | TEXT-ONLY ORDER STAYING CASE Pursuant to Case 1:23-cv-11814, Jones v Dow at 164 Amended OPINION and ORDER Staying Matters Pending 6th Circuit Court Ruling. SO ORDERED. Signed by District Judge Thomas L. Ludington. (KWin) (Entered: 10/14/2025) | Send Runner to Court |
| 5 | 10/13/2025 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by The Dow Chemical Company (Bardelli, Edward) (Entered: 10/13/2025) | View · Add to request |
| 4 | 10/13/2025 | ANSWER to Complaint with Affirmative Defenses with Jury Demand (Reliance Upon) by The Dow Chemical Company. | Docket Status View · Add to request |

Archbold v. The Dow Chemical Company, 1:25CV12134 (2025)

| | | | | |
|---|---|---|---|---|
| | | (Bardelli, Edward) (Entered: 10/13/2025) | | |
| 3 | 09/22/2025 | CERTIFICATE of Service/ Summons Returned Executed. The Dow Chemical Company served on 9/12/2025, answer due 10/3/2025. (Aikens, Carla) Modified on 9/23/2025 (TMul). [SUMMONS SERVED ON 09/20/2025] (Entered: 09/22/2025) | View | Add to request |
| 2 | 07/16/2025 | SUMMONS Issued for *The Dow Chemical Company* (CShr) (Entered: 07/16/2025) | View | Add to request |
| | 07/16/2025 | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http:// www.mied.uscourts.gov (CShr) (Entered: 07/16/2025) | Send Runner to Court | |
| 1 | 07/14/2025 | COMPLAINT filed by Britteny Archbold against The Dow Chemical Company with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-10317245 - Fee: $ 405. County of 1st Plaintiff: Midland - County Where Action Arose: Midland - County of 1st Defendant: Midland. [ Previously dismissed case: No] [ Possible companion case(s): None ] (Aikens, Carla) (Entered: 07/14/2025) | View | Add to request |

To order copies of any documents listed above, contact Court Express
courtexpress@thomsonreuters.com, 1-877-362-7387 (Additional charges apply)

---

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.