# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Todd A. Sarti, Individually and on
Behalf of All Others Similarly
Situated,

Case No. 25-12744

                   Plaintiff,

Judith E. Levy
United States District Judge

v.

Mag. Judge Patricia T. Morris

Dow Inc., *et al.*,

                   Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE AS MOOT PLAINTIFF'S MOTION TO STAY [25]

On February 13, 2026, Plaintiff Todd A. Sarti filed a motion to stay

the action "to allow for the United States Court of Appeals for the Sixth

Circuit [ ] to resolve the pending mandamus petition in *In re Sushma

Jones*, No. 25-1486 [ ], which will determine whether the Honorable

Thomas L. Ludington should be recused from presiding over lawsuits . .

. involving Dow Inc., The Dow Chemical Company . . . , or any Dow

affiliate." (ECF No. 25, PageID.512.)

On April 22, 2026, the suit was reassigned to the Undersigned. (ECF No. 32.) Without expressing any view as to the merits of Plaintiff's motion to stay, the Court DENIES WITHOUT PREJUDICE AS MOOT Plaintiff's motion.

IT IS SO ORDERED.

Dated: April 23, 2026                    s/Judith E. Levy
Ann Arbor, Michigan                      JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 23, 2026.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager

2